FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANA WILKINSON,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF PASCO,<br><br>Defendant. | No. 4:23-CV-05147-ACE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE<br><br>**ECF No. 8** |

**BEFORE THE COURT** is the parties' March 28, 2024, Stipulated Motion for Dismissal. ECF No. 8. Plaintiff is represented by William Edelblute; Defendant is represented by Michael George Sanders. The parties stipulate and agree to the dismissal of Plaintiff's claims with prejudice and without an award of fees or costs. ECF No. 8. The stipulation is signed by counsel for both parties. Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The parties' stipulated motion to dismiss this case with prejudice and without costs to any party, **ECF No. 8**, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

3. All pending deadlines and hearings are **STRICKEN**.

4. Each party shall bear their own attorneys' fees and costs.

///

ORDER - 1

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED March 29, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2